# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEPHEN OLLAR, et al.** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Case No.: 1:19-cv-01847-KBJ |
| : | |
| **THE DISTRICT OF COLUMBIA, et al.** : | |
| : | |
| Defendants. : | |
| : | |

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' FEBRUARY 8, 2021 MOTION FOR LEAVE TO AMEND THE COMPLAINT

On February 8, 2021, Plaintiffs Stephen Ollar and Miriam Berman erroneously included in their opposition to Defendants District of Columbia *et al.*'s Motion to Dismiss Plaintiffs' Amended Complaint a separate request for leave to amend the Amended Complaint.  Plaintiffs now file this Notice to inform the Court that they are withdrawing their February 8, 2021 Motion for Leave to Amend the Complaint.  This Notice is not intended to withdraw Plaintiffs' February 8, 2021 Opposition to Defendants' Motion to Dismiss the Amended Complaint.

Respectfully submitted,

/s/ *Miriam Berman*
Miriam Berman
8401 Farrell Drive
Chevy Chase, MD 20815
Tel: (703) 282-8384
mimsberman@yahoo.com
*Pro se Plaintiff*

/s/ *Stephen P. Ollar*
Stephen P. Ollar
D.C. Bar No.:  1617446
8401 Farrell Drive
Chevy Chase, MD 20815
Tel: (907) 382-7675
stephenpollar@gmail.com
*Pro se Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March, 2021, a copy of the foregoing Notice of Withdrawal Motion was filed and served via the Court's CM/ECF system to:

Robert A. Deberardinis, Jr.
Matthew Robert Blecher
Alicia M. Cullen
400 6th Street, N.W.
Washington, DC 20001
robert.deberardinis@dc.gov
matthew.blecher@dc.gov
*Attorneys for Defendants the District of Columbia, Channelle Reddrick*, *Brooke Beander, and Lynsey Nix*

and

Jodi V. Terranova
Lauren M. Gibbons
1500 K. Street, N.W., Suite 330
Washington, DC 20005
jodi.terranova@wilsonelser.com
lauren.gibbons@wilsonelser.com
*Attorney for Defendant Atkinson*

/s/ *Stephen P. Ollar*
Stephen P. Ollar