UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN OLLAR, *et al.*,<br><br>  *Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>  *Defendants*. | Civil Action No. 1:19-cv-01847-FYP |

## NOTICE OF SUPPLEMENTAL AUTHORITY

  Defendants Brooke Beander, Lynsey Nix, and Chanelle Reddrick, through counsel, draw the Court's attention to the recently issued Supreme Court opinions in *City of Tahlequah, Oklahoma v. Bond,* __S.Ct.__, 2021 WL 4822664 (Oct. 18, 2021), and *Rivas-Villegas v. Cortesluna,* __S.Ct.__, 2021 WL 4822664 (October 18, 2021), in support of their argument in their Motion to Dismiss the Amended Complaint [39] that they are entitled to qualified immunity as to Plaintiff's constitutional claims.

Date:  October 20, 2021          Respectfully submitted,

                     KARL A. RACINE
                     Attorney General for the District of Columbia

                     CHAD COPELAND
                     Deputy Attorney General
                     Civil Litigation Division

                     */s/ Matthew R. Blecher*
                     MATTHEW R. BLECHER [1012957]
                     Acting Chief, Civil Litigation Division,
                     Section III

                     */s/ Robert A. DeBerardinis, Jr.*
                     ROBERT A. DEBERARDINIS, JR [335976]
                     Senior Assistant Attorney General

Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone:  (202) 724-6642
Email:   robert.deberardinis@dc.gov
*Counsel for Defendants, Deborah Smith,
Richard David, and Stephen Kinzer*