UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN OLLAR, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:19-cv-01847-FYP |

## ORDER

Upon consideration of Plaintiffs' Motion for Reconsideration [54], Defendants District of Columbia, Brooke Beander, Lynsey Nix, and Chanelle Reddrick's Opposition, any Reply, and the entire record herein, it is hereby

ORDERED that Plaintiffs' Motion is DENIED.

**SO ORDERED**.

Date: _____  _____
FLORENCE Y. PAN
United States District Judge